UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| LORCAN CUNNINGHAM, Petitioner, v. JAMES JANECKA, et al., Respondents. | No. 5:26-cv-06821-JDE<br><br>JUDGMENT |

Based on the Order Granting Petition in Part,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition is:

(1) Granted, in part, with Respondents ORDERED **to immediately release Petitioner Lorcan Cunningham (A# 246-061-264)** from custody, subject to the least restrictive conditions, if any, necessary to reasonably assure his appearance at future immigration proceedings and the safety of the community, and returning all non-contraband items seized from Petitioner at the time of his detention; and

(2) Denied without prejudice as to all other relief sought.

Dated: November 24, 2026

JOHN D. EARLY
United States Magistrate Judge